# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Arjay Orlando Brown | )<br>)<br>)<br>) |

Case No:  7:07-CR-22-1F

USM No:  70231-056

Date of Original Judgment:        January 22, 2008
Date of Previous Amended Judgment:        N/A
*(Use Date of Last Amended Judgment if Any)*

Thomas P. McNamara
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  108                          months **is reduced to**  86 months

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated January 22, 2008
shall remain in effect. **IT IS SO ORDERED.**

Order Date:        6-6-2012

*Judge's signature*

Effective Date:  _____
*(if different from order date)*

James C Fox, Senior U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011