# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Arjay Orlando Brown            Docket No. 7:07-CR-22-1F

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Arjay Orlando Brown, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute More than 5 Grams of Cocaine Base, 21 U.S.C. §§ 841(a)(1) and 846, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on January 22, 2008, to the custody of the Bureau of Prisons for a term of 108 months. On June 6, 2012, pursuant to 18 U.S.C. § 3582(c)(2), a motion to reduce the original imprisonment sentence from 108 months to 86 months was granted. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall participate in a vocational training program as may be directed by the probation office.

4. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. The defendant shall forfeit to the United States the Defendant's interest in the property specified in the preliminary Order of Forfeiture entered on January 22, 2008 at DE#59.

6. The defendant shall pay a $100 special assessment.

Arjay Orlando Brown was released from custody on April 8, 2013, at which time the term of supervised release commenced.

Arjay Orlando Brown
Docket No. 7:07-CR-22-1F
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The releasee submitted urine screens which revealed positive results for marijuana on April 10th and 24th, 2013. He admitted to using marijuana at the residential reentry center prior to his release on April 8, 2013. He submitted another urine screen which revealed positive results for marijuana on June 10, 2013. Upon questioning the releasee, he admitted to smoking marijuana the week prior because of stress. He stated that his inability to obtain employment has caused him undue stress. He is currently living with his parents.

The releasee was admonished for his behavior and informed that future drug use would not be tolerated. He was referred to substance abuse treatment at Coastal Horizons for individual and group therapy. To assist him with making positive choices in life, it is recommended that he participate in cognitive behavioral therapy (CBT).

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: June 14, 2013

Arjay Orlando Brown
Docket No. 7:07-CR-22-1F
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this 17th day of June, 2013, and ordered filed and made a part of the records in the above case.

*James C. Fox*

James C. Fox
Senior U.S. District Judge